# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE JEFFERSON, | CASE NO. 1:10-cv-00066-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 2) |
| CLARK, et al., | |
| Defendants. | |

Plaintiff Duane Jefferson is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.[1]  28 U.S.C. § 1915(a).

---

[1] Plaintiff is advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). The court will direct the United States Marshal to serve

1

1           Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of
2   $350.00 for this action.[2]  An initial partial filing fee of $102.52 will be assessed by this order.  28
3   U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the
4   initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.
5   Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding
6   month's income credited to plaintiff's prison trust account.  These payments will be forwarded
7   by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account
8   exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
9           In accordance with the above, IT IS HEREBY ORDERED that:
10          1.      Plaintiff's request for leave to proceed in forma pauperis is granted.
11          2.      Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
12                  Plaintiff is assessed an initial partial filing fee of $102.52.  All fees shall be
13                  collected and paid in accordance with this court's order to the Director of the
14                  California Department of Corrections and Rehabilitation filed concurrently
15                  herewith.
16          IT IS SO ORDERED.
17          Dated:   **January 15, 2010**            **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

---

plaintiff's complaint only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.  The court has a large number of prisoner civil rights cases pending before it and will screen plaintiff's complaint in due course.

   [2]  The statutory filing fee for all civil actions except applications for writs of habeas corpus is $350.00.  28 U.S.C. § 1914(a).